**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW MARY HICKS,              ) | No.  CV 13-6247-CW |
|                           ) | |
|           Plaintiff,      ) | JUDGMENT |
|                           ) | |
|      v.                   ) | |
|                           ) | |
| CAROLYN W. COLVIN, Acting   ) | |
| Commissioner, Social Security ) | |
| Administration,            ) | |
|                           ) | |
|           Defendant.       ) | |
| _____) | |

     **IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: July 9, 2014

                                  _____
                                       CARLA M. WOEHRLE
                                  United States Magistrate Judge